Exhibit A

Invoices

| | |
|---|---|
| Invoice No: | 21-80-0055 |
| Invoice Date: | 15-May-12 |

**YUKE'S Co.,Ltd**
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Milestone payments for "WWE13(Wii、WiiU、PS3 and 360)" games

1. Milestone 5 through Milestone 9                                                    $3,920,000.00

Total Due: US$3,920,000.00

Payment Due Date : June 14, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

Invoice No: 21-80-0060
Invoice Date: 29-May-12

**YUKE'S Co.,Ltd**
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Milestone payments for "WWE14(Wii、WiiU、PS3 and 360)" games

1. Milestone 1                                                                      $300,000.00

Total Due: US$300,000.00

Payment Due Date : June 28, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

Invoice No: 21-80-0072
Invoice Date: 27-Jun-12

YUKE'S Co.,Ltd
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Milestone payments for "WWE13(Wii、WiiU、PS3 and 360)" games

1. Milestone 10 through Milestone 12                                $2,880,000.00

Total Due: US$2,880,000.00

Payment Due Date : July 27, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

|  |  |
|---|---|
| Invoice No: | 21-80-0085 |
| Invoice Date: | 18-Jul-12 |

YUKE'S Co.,Ltd
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL:81-72-224-5155
FAX:81-72-224-1397

THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91301 USA

Description:
Patch payments for "UFC Undisputed3" games

| | |
|---|---|
| 1. Patch for X360 | $52,000.00 |
| 2. Patch for PS3 | $52,000.00 |

Total Due: US$104,000.00

Payment Due Date : Aug 17, 2012

Remit Payment To:
Bank:SUMITOMO MITSUI BANKING CORPORATION
Branch:SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address:20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

| | |
|---|---|
| Invoice No: | 21-80-0110 |
| Invoice Date: | 5-Sep-12 |

YUKE'S Co.,Ltd
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Milestone payments for "WWE13(Wii、WiiU、PS3 and 360)" games

| | |
|---|---|
| 1. Milestone 13 through Milestone 15 | $1,980,000.00 |
| 2. Milestone 17 through Milestone 18 | $1,250,000.00 |

Total Due: US$3,230,000.00

Payment Due Date : October 5, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

|  |  |
|---|---|
| Invoice No: | 21-80-0123 |
| Invoice Date: | 2-Oct-12 |

**YUKE'S Co.,Ltd**
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL:81-72-224-5155
FAX:81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA


Description:
Milestone payments for "WWE13(Wii、WiiU、PS3 and 360)" games

| | |
|---|---|
| 1. Milestone 19 through Milestone 22 | $3,368,000.00 |
| 2. Milestone 24 | $289,000.00 |

Total Due: US$3,657,000.00


Payment Due Date : November 1, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

| | |
|---|---|
| Invoice No: | 21-80-0137 |
| Invoice Date: | 6-Nov-12 |

**YUKE'S Co.,Ltd**
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Milestone payments for "WWE14(Wii、WiiU、PS3 and 360)" games

1. Milestone 2 through Milestone 3                                                              $702,200.00

Total Due: US$702,200.00

Payment Due Date : December 6, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

| | |
|---|---|
| Invoice No: | 21-80-0147 |
| Invoice Date: | 15-Nov-12 |

**YUKE'S Co.,Ltd**
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Additional Development Fee for "WWE13" games

| | |
|---|---|
| 1. Development Cost | $117,290.00 |
| 2. Marketing Cost | $546,799.00 |

Total Due: US$664,089.00

Payment Due Date : December 15, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN

| | |
|---|---|
| Invoice No: | 21-80-0148 |
| Invoice Date: | 16-Nov-12 |

**YUKE'S Co.,Ltd**
Yasutaka Shinaji

4-45-1 Ebisujima-cho Sakai,
Osaka 590-0985 JAPAN
TEL: 81-72-224-5155
FAX: 81-72-224-1397

Bill To
Mr.Colin Mack
Director of Product Development
Fighting Product Development Team
THQ INC.
29903 Agoura Road,
Agoura Hills, CA
91302 USA

Description:
Milestone payments for "WWE13(Wii、WiiU、PS3 and 360)" games

1. Milestone 26 $563,500.00

Total Due: US$563,500.00

Payment Due Date : December 16, 2012

Remit Payment To:
Bank: SUMITOMO MITSUI BANKING CORPORATION
Branch: SAKAI
Account No. 288985
Swift No. SMBCJPJT
Address: 20-5,ICHIJODORI,SAKAI-KU SAKAI 590-0048,JAPAN