UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 12-13398 (MFW)
THQ INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
: **Hearing Date: July 16, 2013 at 10:30 a.m. (ET)**
: **Objection Deadline: July 9, 2013 at 4:00 p.m. (ET)**
:
: RE: Docket No. 784
---------------------------------------------------------------x

**NOTICE OF FILING OF SUPPLEMENT TO DEBTORS' MOTION
FOR ENTRY OF AN ORDER ESTIMATING THE CLAIM FILED BY
CHRISTOPHER ESCOBEDO FOR ALL PURPOSES AND ESTABLISHING
DISPUTED INTERIM DISTRIBUTIONS RESERVE WITH RESPECT THERETO**

      **PLEASE TAKE NOTICE THAT** on June 25, 2013, THQ Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order Estimating the Claim Filed By Christopher Escobedo for All Purposes and Establishing Disputed Interim Distributions Reserve With Respect Thereto* [D.I. 784] (the "Motion"). You were previously served with a copy of the Motion.

      **PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit 1 is the *Supplement to Debtors' Motion for Entry of an Order Estimating the Claim Filed By Christopher Escobedo for All Purposes and Establishing Disputed Interim Distributions Reserve With Respect Thereto* (the "Supplement").

      **PLEASE TAKE FURTHER NOTICE THAT** responses, if any, to the relief requested in the Motion and the Supplement must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 9, 2013 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of your response upon the undersigned counsel.

      **A HEARING ON THE RELIEF REQUESTED IN THE MOTION AND THE SUPPLEMENT WILL BE HELD ON JULY 16, 2013 AT 10:30 A.M. (ET) BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF**

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: THQ Inc. (1686); THQ Digital Studios Phoenix, Inc. (1056); THQ Wireless Inc. (7991); Volition, Inc. (4944); and Vigil Games, Inc. (8651). The Debtors' principal offices are located at 29903 Agoura Road, Agoura Hills, CA 91301.

01:13805364.1

**DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.**

  IF YOU FAIL TO RESPOND TO THE MOTION AND SUPPLEMENT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: June 27, 2013
   Wilmington, Delaware

/s/ Jaime Luton Chapman
Michael R. Nestor (No. 3526)
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Oscar Garza (CA No. 149790)
Jeffrey C. Krause (CA No. 94053)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel to the Debtors and Debtors in Possession*