## **EXHIBIT 1**

Supplement

01:13805364.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                   :

In re:                             :   Chapter 11

                                   :

THQ INC., *et al.*,               :   Case No. 12-13398 (MFW)

                                   :

      Debtors.[1]             :   Jointly Administered

                                   :

                                   :   **Hearing Date:  July 16, 2013 at 10:30 a.m. (ET)**
-------------------------------------------------------------x  **Objection Deadline:  July 9, 2013 at 4:00 p.m. (ET)**

                                     **RE: Docket No. 784**

**SUPPLEMENT TO DEBTORS' MOTION FOR ENTRY OF AN
ORDER ESTIMATING THE CLAIM FILED BY CHRISTOPHER
ESCOBEDO FOR ALL PURPOSES AND ESTABLISHING DISPUTED
INTERIM DISTRIBUTIONS RESERVE WITH RESPECT THERETO**

       THQ Inc. ("THQI") and its above-captioned debtor affiliates, as debtors and

debtors in possession (collectively, the "Debtors"), file this supplement (the "Supplement") to

the *Debtors' Motion for Entry of an Order Estimating the Claim Filed By Christopher Escobedo*

*for All Purposes and Establishing Disputed Interim Distributions Reserve With Respect Thereto*

[D.I. 784] (the "Motion").[2]   In the Motion, the Debtors seek entry of an order temporarily

allowing Claim No. 511 filed by Christopher Escobedo ("Escobedo") at $0 for all purposes,

including (a) accepting or rejecting the Plan, and (b) for calculating the amount to be deposited

into the Disputed Interim Distributions Reserve.  By this Supplement, the Debtors seek to amend

the Motion to include in the requested relief estimating Claim No. 703 filed by Escobedo at $0

for all purposes, including (a) accepting or rejecting the Plan, and (b) for calculating the amount

---

[1]   The Debtors in the Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are
   as follows:  THQ Inc. (1686); THQ Digital Studios Phoenix, Inc. (1056); THQ Wireless, Inc. (7991); Volition,
   Inc. (4944); and Vigil Games, Inc. (8651).  The Debtors' principal offices are located at 29903 Agoura Road,
   Agoura Hills, CA 91301.

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:13805371.1

to be deposited into the Disputed Interim Distributions Reserve, for the reasons detailed in the Motion.

## RELEVANT BACKGROUND

1.      On or about May 10, 2013, Escobedo filed Claim No. 703, which asserted an administrative expense claim for 2% of ongoing gross sales of the Games on the same basis set forth in Claim No. 511.

## ADDITIONAL RELIEF REQUESTED

2.      By this Supplement, the Debtors amend their Motion to include in the requested relief estimating Claim No. 703 at $0 for all purposes.

3.      Attached hereto as Exhibit A is a revised proposed form of order.  This order is substantially similar to the proposed order filed with the Motion except that it has been amended to include reference to this Supplement and Claim No. 703.

## RESERVATION OF RIGHTS

4.      The Debtors reserve all of their rights to object to the validity and amount of Claim No. 703.

## NOTICE

5.      The Debtors will provide notice of this Supplement to:  (a) the U.S. Trustee; (b) counsel to the Committee; (c) the Holder of Escobedo's Alleged Claim; and (d) those parties who have formally filed a request for notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

01:13805371.1

WHEREFORE, the Debtors respectfully request that the Court enter an order,

substantially in the form attached hereto as Exhibit A, granting the relief requested in the Motion

and herein, and such other and further relief as the Court may deem just and proper.

Dated:    June 27, 2013
          Wilmington, Delaware

/s/ Jaime Luton Chapman
Michael R. Nestor (No. 3526)
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

        -and-

Oscar Garza (CA No. 149790)
Jeffrey C. Krause (CA No. 94053)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1512
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Counsel to the Debtors and Debtors in Possession*

01:13805371.1

3

## **EXHIBIT A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
THQ INC., *et al.*,                           :   Case No. 12-13398 (MFW)
                                              :
        Debtors.[1]                           :   Jointly Administered
                                              :
                                              :   **Re:  Docket Nos.784 and  ___**
---------------------------------------------------------------x

**ORDER ESTIMATING THE CLAIMS FILED BY CHRISTOPHER ESCOBEDO AT**
**ZERO FOR ALL PURPOSES AND ESTABLISHING DISPUTED INTERIM**
**DISTRIBUTIONS RESERVE WITH RESPECT THERETO**

Upon consideration of the motion (the "Motion")[2] of THQ Inc. ("THQI") and its

above-captioned debtor affiliates, as debtors and debtors in possession (collectively, the

"Debtors"), and related supplement (the "Supplement"), for entry of an order, pursuant to

sections 502(b), 502(c), and 1142(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Bankruptcy Rule 3018, and the Plan, temporarily allowing Claim No. 511 and Claim

No. 703 (together, "Escobedo's Alleged Claims") filed by Christopher Escobedo ("Escobedo")

at $0 for all purposes, including (a) accepting or rejecting the Plan, and (b) for calculating the

amount to be deposited into the Disputed Interim Distributions Reserve; and upon the Condit

Declaration and the Wunderlich Declaration; and it appearing that this Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334 and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware dated as of February

29, 2012; and this Court having found that the relief requested in the Motion and the Supplement

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number
     are as follows:  THQ Inc. (1686); THQ Digital Studios Phoenix, Inc. (1056); THQ Wireless Inc. (7991);
     Volition, Inc. (4944); and Vigil Games, Inc. (8651).  The Debtors' principal offices are located at 29903 Agoura
     Road, Agoura Hills, CA 91301.

[2]  All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

is in the best interests of the Debtors, their estates, their creditors, and other parties in interest;

and this Court having found that the Debtors have provided proper and adequate notice of the

Motion, the Supplement, and the relief requested therein, and that, except as otherwise ordered

herein, no other or further notice is necessary; and this Court having reviewed the Motion, the

Supplement, Escobedo's Alleged Claims, and any responses to the Motion and Supplement; and

this Court having determined that the legal and factual bases set forth in the Motion and

Supplement establish just cause for the relief granted herein; and any objections to the relief

requested in the Motion and Supplement having been overruled on the merits or otherwise

resolved; and upon all of the proceedings had before this Court; and after due deliberation and

sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.      The Motion, as modified by the Supplement, is GRANTED to the extent

set forth herein.

2.      Pursuant to sections 502(b), 502(c), and 1142(b) of the Bankruptcy Code,

Bankruptcy Rule 3018, and the Plan, Escobedo's Alleged Claims are estimated at $0 for all

purposes, including (a) accepting or rejecting the Plan, and (b) for calculating the amount to be

deposited into the Disputed Interim Distributions Reserve.

3.      The Debtors and Kurtzman Carson Consultants, LLC, the Debtors' court-

appointed claims and noticing agent, are each authorized and empowered to take all steps

necessary and appropriate to carry out and otherwise effectuate the terms, conditions and

provisions of this Order.

01:13805371.1

3

4.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.


Dated:  Wilmington, Delaware
          _____ __, 2013

                                                    _____
                                                    MARY F. WALRATH
                                                    UNITED STATES BANKRUPTCY JUDGE