UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                    : Chapter 11
:
THQ INC., *et al.*,                       : Case No. 12-13398 (MFW)
:
Debtors.                              : Jointly Administered
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on May 10, 2013, she caused a copy of the following pleading(s):

**Order (I) Authorizing THQ Inc. to Assume and Assign to Take-Two Interactive Software, Inc. Certain Talent Deal Memos; (II) Fixing Cure Amounts With Respect Thereto; and (III) Granting Certain Related Relief [Docket No. 662]**

to be served, as indicated, upon the parties on the list attached hereto.

_____
Michelle E. Smith

SWORN TO AND SUBSCRIBED before me this 27th day of June, 2013.

_____
Notary Public

STEPHANIE NICOLE FOOTE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 1, 2014

01:13196309.1

SERVICE LIST
THQ Inc.
5/10/2013

Daniel K. Astin, Esq.
John D. McLaughlin, Jr., Esq.
Josesph J. McMahon, JR., Esq.
Ciardi Ciardi & Astin
919 N. Market Street, Suite 700
Wilmington, DE 19801
(Counsel for 505 Games S.r.l.)
*Hand Delivery*

Alison D. Bauer
Torys LLP
1114 Avenue of the Americas, 23rd Floor
New York, NY 10036-7703
(Counsel for Nordic Games)
*First Class Mail*

Karen C. Bifferato, Esq
Christina M. Thompson, Esq.
Connolly Gallagher LLP
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
(Counsel for MS MCC Highland LLC)
*Hand Delivery*

Ms. Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

William Brody
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(Counsel to WFCF, the DIP Agent and the Prepetition Agent)
*First Class Mail*

Susan F. Balaschak, Esq.
Akerman Senterfitt LLP
335 Madison Avenue, 26th Foor
New York, NY 10017
Counsel for Mattel Inc.
*First Class Mail*

Ayesha C. Bennett, Esq
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel for Oxford Realty & Holdings, LLC)
*Hand Delivery*

J. Scott Bovitz, Esq
Bovitz & Spitzer
880 West First Street, Suite 502
Los Angeles, CA 90012
(Counsel for U.S. TelePacific Corp.)
*First Class Mail*

Kay D. Brock, Esq.
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
*First Class Mail*

Charles J. Brown, Esq
Gellert Scali Busenkell & Borwn, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
(Counsel for Universal City Studios LLLP)
*Hand Delivery*

SERVICE LIST
THQ Inc.
5/10/2013

Malani J. Cademartori, Esq.
Blanka K. Wolfe, Esq.
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel for Game Show Network, LLC)
*First Class Mail*

Daniel Carrigan, Esq
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006
*First Class Mail*

Sara L. Chenetz, Esq
Blank Rome LLP
1925 Century Park East 19th Floor
Los Angeles, CA 90067
(Counsel for Sony Pictures Television Inc.)
*First Class Mail*

Joseph Corrigan
Iron Mountain Information Management, LLC
745 Atlantic Avenue, 10th Floor
Boston, MA 02111
*First Class Mail*

Charles A. Dale, III
K&L Gates LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111
(Counsel for World Wrestling Entertainment, Inc.)
*First Class Mail*

Elizabeth Banda Calvo, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094
Counsel for City of Burleson, Burleson ISD, Johnson County
*First Class Mail*

Chase Paymentech Solutions, LLC
Attn: Lazonia Clark, Business Analyst
14221 Dallas Pkwy, Bldg II
Dallas, TX 75254
*First Class Mail*

Colm Connolly, Esq.
Judy C. Barillare, Esq.
Morgan, Lewis & Bockius LLP
1007 N. Orange Street, Suite 501
The Nemours Building
Wilmington, DE 19801
(Counsel for Yukes Co., Ltd.)
*First Class Mail*

Richard L. Costella, Esq.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
(Counsel for Games Workshop Limited)
*First Class Mail*

John D. Demmy, Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(Counsel for Ubisoft Entertainment S.A.)
*Hand Delivery*

SERVICE LIST
THQ Inc.
5/10/2013

Amish R. Doshi, Esq
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743
(Counsel to Oracle America, Inc.)
*First Class Mail*

Ms. Christine R. Etheridge
Bankruptcy Administration
GE Information Technology Solutions, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
*First Class Mail*

Ethan D. Ganc, Esq
Law Office of Ethan Ganc
99 Madison Avenue, Suite 5009
New York, NY 10016
(Counsel for Oxford Realty & Holdings, LLC)
*First Class Mail*

GE Capital Retail Bank
Attn: Ramesh Singh
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131
*First Class Mail*

Barry S. Glaser, Esq.
Steckbauer Weinhart Jaffee, LLP
333 S. Hope St., 36th Floor
Los Angeles, CA 90071
(Counsel for Los Angeles County Treasurer and Tax Collector)
*First Class Mail*

Bradley R. Duncan, Esq
Hugh McCullough, Esq.
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Counsel for Microsoft Licensing GP and Microsoft Ireland Operations Limited
*First Class Mail*

Ellen A. Friedman, Esq
Stefanie A. Elkins, Esq.
Friedman & Springwater LLP
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
(Counsel for Lucasfilm, Ltd.)
*First Class Mail*

Oscar Garza, Esq.
Jeffrey C. Krause, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(Counsel for Debtors)
*First Class Mail*

Michael J Gearin, Esq
Brian T. Peterson, Esq.
K&L Gates
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(Counsel for Amazon.com Inc. and Amazon Digital Services, Inc.)
*First Class Mail*

Kevin A. Guerke, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(Counsel for TelePacific Corp.)
*Facsimile*

SERVICE LIST
THQ Inc.
5/10/2013

Eric A. Handler, Esq
Donahue Gallagher Woods LLP
1999 Harrison Street, 25th Fl.
Oakland, CA 94612
(Counsel for Autodesk)
*First Class Mail*

Daniel Hawke
Regional Director
Securities and Exchange Commission
Philadelphia Regional Office
The Mellon Independence Center, 701 Market Street
Philadelphia, PA 19106
*First Class Mail*

IBM Corporation
Attn: Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, QC, Canada H2X 3R7
*First Class Mail (International)*

Internal Revenue Service
Insolvency Section
2970 Market Street
PO Box 7346
Philadelphia, PA 19101-7346
*First Class Mail*

John Knight
Richards, Layton & Finger, P.A.
One Rodney Square, 920 North King Street
Wilmington, DE 19801
(Counsel to WFCF, the DIP Agent and the Prepetition Agent)
*Hand Delivery*

Donna L. Harris, Esq
Kevin M. Capuzzi, Esquire
J. Landon Ellis, Esq.
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
Attorneys for Pipeworks Software and ImaginEngine
*Hand Delivery*

Eric H. Holder, Jr., Esq.
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
*First Class Mail*

Ricoh U. Inc
Attn: Recovery & Bankruptcy Group
fdba IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210
*First Class Mail*

Rachel Jaffe Mauceri, Esq
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(Counsel for Yukes Co., Ltd.)
*First Class Mail*

Stuart Knowles, Esq
Vice President and General Counsel
J. Landon Ellis, Esq.
Foundation 9 Entertainment, Inc.
9 Pasteur, Suite 100
Irvine, CA 92618
(Attorneys for Pipeworks Software, Attorneys for ImaginEngine)
*First Class Mail*

SERVICE LIST
THQ Inc.
5/10/2013

Jeffrey A. Krieger, Esq
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
(Counsel for Ubisoft Entertainment S.A.)
*First Class Mail*

David S. Kupetz, Esquire
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
(Counsel for Turtle Rock Studios, Inc.)
*First Class Mail*

Paul J. Laurin, Esq.
Christian A. Jordan, Esq.
Barnes & Thornburg LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
(Counsel for Jason Kay)
*First Class Mail*

Donald K. Ludman, Esq.
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(Counsel for SAP America, Inc.)
*First Class Mail*

Stephen M. Miller, Esq
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
(Counsel for Church Street Square, LLC)
*Hand Delivery*

Carl N. Kunz, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19801
Counsel for Microsoft Licensing GP and Microsoft Ireland Operations Limited
*Hand Delivery*

Adam G. Landis, Esq
Kerri K. Mumford, Esq.
J. Landon Ellis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
(Counsel for Official Committee of Unsecured Creditors)
*Hand Delivery*

Jane Leamy, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

John G. McJunkin, Esq
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006
*First Class Mail*

Marc J. Phillips, Esq.
Reger, Rizzo & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE 19801
(Counsel for Los Angeles County Treasurer and Tax Collector)
*Hand Delivery*

SERVICE LIST
THQ Inc.
5/10/2013

David M. Powlen, Esq.
Kevin G. Collins, Esq.
Barnes & Thornburg LLP
1000 North West Street, Suite 1500
Wilmington, DE 19801
(Counsel for Jason Kay)
*First Class Mail*

Riverside Claims LLC
Attn: Neil Herskowitz
Plantetarium Station, P.O. Box 626
New York, NY 10024
*First Class Mail*

Bill Schuette, Esq.
Attorney General
Allison M. Dietz, Esq.
Assistant Attorney General
Michigan Department of Treasury
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
820 Silverlakd Blvd., Suite 100
Dover, DE 19904
*First Class Mail*

Paul N. Silverstein, Esq
Jonathan I. Levine, Esq.
Jeremy B. Reckmeyer, Esq.
Andrews and Kurth LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to the Official Committee of Unsecured Creditors)
*First Class Mail*

David P. Primack, Esq
McElroy, Deutsch, Mulvaney & Carpenter LLP
300 Delaware Avenure, Suite 770
Wilmington, DE 19801
Counsel for Nordic Games
*Hand Delivery*

Frederick B. Rosner, Esq
The Rosner Law Group
824 N. Market Street, Suite 810
Wilmington, DE 19801
(Counsel for Mattel Inc.)
*Hand Delivery*

Secretary of State
Franchise Tax
Division of Corporations
401 Federal Street
PO Box 898
Dover, DE 19903
*First Class Mail*

Securities & Exchange Commission
Attn: Mary L. Schapiro
100 F Street, NE
Washington, DC 20549
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

SERVICE LIST
THQ Inc.
5/10/2013

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(Counsel for Starcom Worldwide, Inc.)
*Hand Delivery*

Heike M. Vogel, Esq
Vogel Bach, PC
1745 Broadway, 17th Floor
New York, NY 10019
(Counsel for Sony Computer Entertainment America, et al.)
*First Class Mail*

Jonathan W. Young, Esq
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
(Counsel for Starcom Worldwide, Inc.)
*First Class Mail*

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
*First Class Mail*

Christopher A. Ward, Esq
Polsinelli Shughart
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(Counsel for Sony Entertainment)
*Hand Delivery*

Tyrannic, LLC f/s/o Mike Tyson
c/o ICM, 10250 Constellation Way, 9th Floor
ATTN: Chris Smith
Los Angeles, CA 90067
*First Class Mail*

SCK Steve Austin, Inc. f/s/o Steve Austin
c/o Caliber Media Company
Attn: Jack Heller
9229 W Sunset Blvd, Ste 705
West Hollywood, CA 90069
*First Class Mail*

SCK Steve Austin, Inc. f/s/o Steve Austin
Bloom Hergott Diemer Rosenthal
Attn: Patrick Knapp
150 S Rodeo Dr
Beverly Hills, CA 90212
*First Class Mail*

Take-Two Interactive Software, Inc.
Attn: Seth Krauss
622 Broadway
New York, NY 10012
*First Class Mail*

Willkie Farr & Gallagher LLP
Attn: Adam M. Turteltaub
787 Seventh Avenue
New York, NY 10019
*First Class Mail*