UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
In re:                                                      :    Chapter 11
                                                            :
THQ INC., *et al.*,                                         :    Case No. 12-13398 (MFW)
                                                            :
      Debtors.[1]                                  :    Jointly Administered
                                                            :
                                                            :    **Re: Docket No. 784, 799, 867, 894 and 928**
-----------------------------------------------------------x

### ORDER ESTIMATING THE CLAIM FILED BY CHRISTOPHER ESCOBEDO AT ZERO FOR ALL PURPOSES AND ESTABLISHING DISPUTED INTERIM DISTRIBUTIONS RESERVE WITH RESPECT THERETO

Upon consideration of the motion (the "Motion")[2] of THQ Inc. ("THQI") and its above-captioned debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to sections 502(b), 502(c), and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rule 3018, and the Plan, temporarily allowing Claim No. 511 ("Escobedo's Alleged Claim") filed by Christopher Escobedo ("Escobedo") at $0 for all purposes, including (a) accepting or rejecting the Plan, and (b) for calculating the amount to be deposited into the Disputed Interim Distributions Reserve; and upon the Condit Declaration and the Wunderlich Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: THQ Inc. (1686); THQ Digital Studios Phoenix, Inc. (1056); THQ Wireless Inc. (7991); Volition, Inc. (4944); and Vigil Games, Inc. (8651). The Debtors' principal offices are located at 29903 Agoura Road, Agoura Hills, CA 91301.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

01:13796216.2

interest; and this Court having found that the Debtors have provided proper and adequate notice of the Motion and the relief requested therein, and that, except as otherwise ordered herein, no other or further notice is necessary; and this Court having reviewed the Motion, Escobedo's Alleged Claim, and any responses to the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been overruled on the merits or otherwise resolved; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to sections 502(b), 502(c), and 1142(b) of the Bankruptcy Code, Bankruptcy Rule 3018, and the Plan, Escobedo's Alleged Claim is estimated at $22,500.00 for all purposes, including (a) accepting or rejecting the Plan, and (b) for calculating the amount to be deposited into the Disputed Interim Distributions Reserve.

3. The Debtors and Kurtzman Carson Consultants, LLC, the Debtors' court-appointed claims and noticing agent, are each authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

4. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
July 17, 2013

*/s/ Mary F. Walrath*
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

01:13796216.2

3