# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
THQ INC., *et al.*,                                            :   Case No. 12-13398 (MFW)
                                                               :
            Debtors.[1]                                        :   Jointly Administered
                                                               :
                                                               :   Interim Objection Deadline: September 23, 2013 at 4:00 p.m. (ET)
                                                               :   Final Objection Deadline: October 7, 2013 at 4:00 p.m. (ET)
                                                               :   Hearing Date: October 17, 2013 at 10:30 a.m. (ET)
---------------------------------------------------------------x

## SIXTH MONTHLY AND FINAL APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM FEE PERIOD OF JULY 1, 2013 THROUGH AUGUST 1, 2013 AND THE FINAL FEE PERIOD OF DECEMBER 19, 2012 THROUGH AUGUST 1, 2013

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 19, 2012 |
| Period for which compensation and reimbursement is sought: | July 1, 2013 through August 1, 2013 |
| Amount of <u>Interim</u> Compensation sought as actual, reasonable and necessary: | $194,309.50 |
| Amount of <u>Interim</u> Expense Reimbursement sought as actual, reasonable and necessary: | $5,889.41 |
| Amount of <u>Final</u> Compensation sought as actual, reasonable and necessary: | $2,042,629.50 |
| Amount of <u>Final</u> Expense Compensation sought as actual, reasonable and necessary: | $45,797.05 |

This is an:   __X__ interim   __X__ final application

This application includes 13.0 hours and $6,175.00 in fees incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: THQ Inc. (1686); THQ Digital Studios Phoenix, Inc. (1056); THQ Wireless, Inc. (7991); Volition, Inc. (4944); and Vigil Games, Inc. (8651). The Debtors' principal offices are located at 29903 Agoura Road, Agoura Hills, CA 91301.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 4/1/13 538 | December 19, 2012 through February 28, 2013 | $800,565.00 | $37,552.26 | $800,565.00 | $37,552.26 |
| 5/8/13 665 | March 1, 2013 through March 31, 2013 | $323,285.00 | $740.03 | $323,285.00 | $740.03 |
| 6/5/13 732 | April 1, 2013 through April 30, 2013 | $304,380.00 | $505.19 | $243,504.00 | $505.19 |
| 7/2/13 842 | May 1, 2013 through May 31, 2013 | $212,800.00 | $481.22 | $170,240.00 | $481.22 |
| 7/30/13 1007 | June 1, 2013 through June 30, 2013 | $207,290.00 | $628.94 | $165,832.00 | $628.94 |
| **TOTALS** | | **$1,848,320.00** | **$39,907.64** | **$1,703,426.00** | **$39,907.64** |
| **TOTAL OF AMOUNTS PREVIOUSLY APPROVED AND AMOUNTS REQUESTED IN SIXTH APPLICATION** 12/19/12 – 8/1/13 | | $2,042,629.50 | $45,797.05 | N/A | N/A |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Luke Schaeffer | Senior Managing Director | $475.00 | 8.4 | $3,990.00 |
| Amir Agam | Managing Director | $475.00 | 158.7 | $75,382.50 |
| Bradley Sharp | Managing Director | $475.00 | 0.5 | $237.50 |
| Danelle Larsen | Managing Director | $475.00 | 40.9 | $19,427.50 |
| Benjamin Hodges | Senior Director | $475.00 | 53.3 | $25,317.50 |
| Scott Javor | Director | $475.00 | 4.3 | $2,042.50 |
| Kayvon Namvar | Director | $475.00 | 8.8 | $4,180.00 |
| Evan Schroedel | Consultant | $475.00 | 116.4 | $55,290.00 |
| Fajer Khansa | Consultant | $475.00 | 14.1 | $6,697.50 |
| Angela Kim | Paraprofessional | $475.00 | 7.6 | $3,610.00 |
| **Subtotal:** | | | 413.0 | $196,175.00 |
| **Voluntary Reduction:** | | | | $(1,865.50) |
| **Grand Total Fees:** | | | | $194,309.50 |
| **Allowable (80%):** | | | | $155,447.60 |
| **Blended Rate:** | | $475.00 | | |

2

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| THQ Operational Issues | 12.5 | $5,937.50 |
| Cash Management & Reporting, DIP or Treasury Issues | 56.5 | $26,837.50 |
| Asset Sales | 17.4 | $8,265.00 |
| Wind-Down of Post-Auction Operations | 53.7 | $25,507.50 |
| Claims Management & Analysis | 168.2 | 79,895.00 |
| Court Attendance | 1.8 | $855.00 |
| Work on Vendor Issues | 0.8 | $380.00 |
| Communications or Research for Unsecured Creditors or their Counsel | 11.3 | $5,367.50 |
| Monthly Operating Reports | 0.2 | $95.00 |
| Plan and Disclosure Statement | 11.9 | $5,652.50 |
| Preferences | 4.0 | $1,900.00 |
| Case Administration | 2.9 | $1,377.50 |
| Travel | 4.3 | $2,042.50 |
| Fee Application Preparation | 13.0 | $6,175.00 |
| Avoidance Action | 0.5 | $237.50 |
| Electronic Data Preservation | 54.0 | $25,650.00 |
| **Total Fees:** | **413.0** | **$196,175.00** |
| **Voluntary Reduction:** |  | **$(1,865.50)** |
| **Grand Total:** |  | **$194,309.50** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Airfare | $932.00 |
| Electronic Research | $9.70 |
| Equipment for Electronic Data Preservation | $3,775.00 |
| Ground Transportation | $471.90 |
| Hotel & Lodging | $251.00 |
| Internet | $30.00 |
| Meals | $309.81 |
| Notary fees | $110.00 |
| **Total:** | **$5,889.41** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 12-13398 (MFW)
THQ INC., *et al.*, :
: Jointly Administered
Debtors.[1] :
: **Interim Objection Deadline: September 23, 2013 at 4:00 p.m. (ET)**
: **Final Objection Deadline: October 7, 2013 at 4:00 p.m. (ET)**
: **Hearing Date: October 17, 2013 at 10:30 a.m. (ET)**
---------------------------------------------------------------x

**SIXTH MONTHLY AND FINAL APPLICATION OF**
**FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE**
**DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM FEE PERIOD OF JULY 1, 2013 THROUGH AUGUST 1, 2013**
**AND THE FINAL FEE PERIOD OF DECEMBER 19, 2012 THROUGH AUGUST 1, 2013**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the consulting firm of FTI Consulting, Inc. (hereinafter "FTI") hereby moves this Court for reasonable compensation for professional financial advisor services rendered as financial advisor to THQ, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $194,309.50 together with reimbursement for actual and necessary expenses incurred in the amount of $5,889.41 for the interim period of July 1, 2013 through August 1, 2013 (the "Interim Fee Period") and in the amount of $2,042,629.50 together with the reimbursement for actual and necessary expenses incurred in the amount of $45,797.05 for the final period of December 19, 2012 through August 1, 2013 (the "Final Fee Period"). In support of its Application, FTI respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: THQ Inc. (1686); THQ Digital Studios Phoenix, Inc. (1056); THQ Wireless, Inc. (7991); Volition, Inc. (4944); and Vigil Games, Inc. (8651). The Debtors' principal offices are located at 29903 Agoura Road, Agoura Hills, CA 91301.

1. On December 19, 2012 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code is case Nos. 12-13398 through 12-13402, thereby commencing the above captioned Chapter 11 cases. On December 20, 2012, this court entered its Order granting joint administration of the Debtor cases.

2. On January 7, 2013, the Debtors requested that the Court authorize the Debtors to employ and retain FTI Consulting, Inc. effective nunc pro tunc as of the Petition Date and such employment was approved by order of this Court on January 29, 2013. Prior to the Petition Date, FTI held On-Account Cash in the amount of $300,000. As of FTI's final reconciliation, FTI applied a total of $6,552.56 of On-Account Cash to prepetition amounts outstanding due to FTI's final pre-petition fees and expenses being higher than FTI's estimated final pre-petition bill.[2]

3. On January 31, 2013, the Court entered its "Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals" ("Interim Fee Order").

4. This is FTI's sixth interim application for compensation which covers the period from July 1, 2013 through August 1, 2013. During this period, FTI spent 413.0 hours in its engagement for the Debtors. Based upon the blended hourly rate in effect at the time services were rendered, FTI's fees for this application are $194,309.50[3] and $5,889.41 of expenses were incurred for a total of $200,198.91.

5. All services for which compensation is requested by FTI were performed for or on behalf of the Debtors.

---

[2] This amount is based on an updated reconciliation of our pre-petition expenses and On-Account cash. In previous fee applications, we referenced an estimated $6,605.52 of On-Account cash to pre-petition amounts outstanding, a slightly higher amount.

[3] FTI took a voluntary reduction of $1,865.50 to fees for this period pursuant to discussions with the Debtors.

6. Except as FTI may be entitled to receive compensation herein, FTI has no arrangements with any other parties for compensation for the services rendered to the Debtors, nor has FTI received any funds from any parties for the services rendered to the Debtors. Further, FTI has not made any arrangement to share any compensation awarded or received other than the normal division of fees that, as a matter of course, occurs between the members of FTI. The members of FTI are disinterested persons as defined in 11 U.S.C. § 101(14) and do not hold or represent any interest adverse to the Debtors.

## COMPENSATION PREVIOUSLY PAID

7. FTI assisted the Debtors and provided financial advisory services prior to the Petition Date and was paid for those services. Prior to the Petition Date, FTI held On-Account Cash in the amount of $300,000. FTI applied $6,552.56 of On-Account Cash to prepetition amounts outstanding due to FTI's final pre-petition fees and expenses being higher than FTI's estimated final pre-petition bill. The On-Account Cash is currently $293,447.44.

## SUMMARY OF SERVICES RENDERED DURING THE INTERIM FEE PERIOD

8. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $194,309.50 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $5,889.41 for reimbursement of expenses.

9. The services rendered by FTI during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The financial advisors and support staff who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS DURING THE INTERIM FEE PERIOD**

10. Expenses for which FTI seeks reimbursement total $5,889.41. A majority of the expenses incurred for this period are attributable to data preservation equipment expenses in order to properly assist the Debtors with their necessary data retention. FTI is attempting to ensure that travel related expenses are kept at a minimum. The expenses incurred are also the type customarily charged to non-bankruptcy clients. This disbursement sum is broken down into the categories set forth in Exhibit B. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

**VALUATION OF SERVICES FOR THE INTERIM FEE PERIOD**

11. FTI personnel have expended a total of 413.0 hours in connection with this matter during the Interim Fee Period.

12. The amount of time spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A. Per the terms of its engagement, FTI used a blended hourly rate of $475 per hour across all team members. Based on the staffing for this engagement, the fees incurred using the blended rate during this time period were below those that would have been incurred had FTI billed each individual at their normal hourly rate. The reasonable value of the services rendered by FTI for the Interim Fee Period as financial advisor to the Debtors in these cases is in excess of the $194,309.50 sought.

13. FTI believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

14. In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## REQUEST FOR FINAL APPROVAL

15. By this Application, FTI also seeks final approval of all fees and expenses incurred in these cases during the Final Fee Period of December 19, 2013 through August 1, 2013. As set forth in prior monthly applications, in accordance with the factors enumerated in 11 U.S.C. § 330, FTI respectfully submits that the amount requested by FTI is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the significant value of such services, and (e) the costs of comparable services other than in a case under this title. In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable, and necessary costs incurred while representing the Debtors and preserving the value of the Debtors' estates.

16. Since August 2, 2013 was the Effective Date for the *Second Amended Chapter 11 Plan of Liquidation of THQ, Inc. and its Affiliated Debtors*, this Application covers the Interim Fee Period of July 1, 2013 through August 1, 2013. FTI has and will continue to perform additional necessary services on behalf of THQ, Inc., including time spent preparing this Application, subsequent to August 1, 2013, for which FTI will bill directly to THQ.

17. FTI has previously filed the *First Interim Quarterly Fee Requests of Debtors' Professionals* for the period of December 19, 2012 to March 31, 2013 [Docket No. 688], which the Court approved on June 20, 2013 [Docket No. 766] and the *Second Interim Quarterly Fee Requests of Debtors' Professionals* for the period of April 1, 2013 through June

5

30, 2013 [Docket No. 1079], which is currently pending before the Court.

WHEREFORE, FTI requests that allowance be made to it in the sum of $194,309.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $5,889.41 for reimbursement of actual necessary costs and expenses incurred during that period, and that allowance be made to it in the sum of $2,042,629.50 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $45,797.05 for reimbursement of actual necessary costs and expenses incurred during the Final Fee Period and further requests such other and further relief as this Court may deem just and proper.

Dated: September 6, 2013
      Los Angeles, California

FTI CONSULTING, INC.

_____
Ronald Greenspan
Luke Schaeffer
Amir Agam
FTI Consulting, Inc.
633 W. 5th Street
16th Floor
Los Angeles, CA 90071-2027
Telephone: (213) 689-1200
Facsimile: (213) 689-1220

6

## VERIFICATION

STATE OF CALIFORNIA  )
                     )  SS:
LOS ANGELES COUNTY   )

I, Luke Schaeffer, after being duly sworn according to law, deposes and says:

1. I am a Senior Managing Director in the applicant firm, FTI Consulting, Inc.

2. I have personally performed financial advisory services rendered by FTI, as financial advisor to the Debtors and am familiar with all other work performed on behalf of the financial advisors and support staff in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
LUKE SCHAEFFER

SWORN TO AND SUBSCRIBED before me this 6th day of September, 2013.

_____
Notary Public
My Commission Expires: July 15, 2014

RHEBA HEARD
Commission # 1893749
Notary Public - California
Los Angeles County
My Comm. Expires Jul 15, 2014