**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

*If transmitting an Adversary matter, complete the following section:*

**Adversary Case # :**

**Related Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Nature of Suit:**

**Cause of Transmittal:**

**Parties:**

**Name of Plaintiff's Counsel:**

**Name of Defendant's Counsel:**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*If transmitting a Bankruptcy matter, complete the following section:*

**Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Cause of Transmittal:**

**Parties:**

**Name of Debtor's Counsel:**

**Name of Movant's Counsel (if represented):**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Erin R. Fay*
Robert J. Dehney (DE Bar No. 3578)
Erin R. Fay (DE Bar No. 5268)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
efay@mnat.com

-and-

MILBANK TWEED HADLEY & McCLOY LLP
Thomas R. Kreller (CA Bar No. 161922)
Robert J. Liubicic (CA Bar No. 271565)
Robert C. Shenfeld (CA Bar No. 228181)
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: tkreller@milbank.com
rliubicic@milbank.com
rshenfeld@milbank.com

*Attorneys for Defendants Zuffa, LLC, Zuffa Marketing, LLC, and Electronic Arts Inc.*


ROSENTHAL MONHAIT & GODDESS, P.A.
*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, Delaware 19801
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
Email: nmonhait@rmgglaw.com

-and-

GRUBER HURST JOHANSEN HAIL SHANK LLP
G. Michael Gruber
Jeffrey R. Erler
Laura M. Fontaine

1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: (214) 855-6800
Facsimile: (214) 855-6808
Email: mgruber@ghjhlaw.com
jerler@ghjhlaw.com
lfontaine@ghjhlaw.com

*Attorneys for Plaintiff THQ Inc.*