# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THQ, Inc., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13398 (MFW)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL

Undersigned counsel for Christopher Escobedo hereby gives notice that the law firm of Jaburg & Wilk, P.C., no longer wishes to receive ECF notices from the Court or paper copies. Therefore, it is respectfully requested that undersigned counsel and Christopher Escobedo be terminated from this matter.

DATED this 4th day of December, 2013.

> /s/Maria Crimi Speth
> Maria Crimi Speth
> David N. Farren
> Jeffrey A. Silence
> **JABURG & WILK, P.C.**
> 3200 N. Central Avenue, Suite 2000
> Phoenix, AZ  85012
> 602-248-1000
> mcs@jaburgwilk.com
> dnf@jaburgwilk.com
> jxs@jaburgwilk.com
> Attorneys for Claimant
> Christopher Escobedo

1

16290-16290-00001\MCS\DAG\1204881.1