**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: THQ Inc.  
Bank: Union Bank of CA and City National Bank

Bankruptcy Number: 12-13398  
Account Number: Multiple See Note Below

Date of Confirmation: July 16, 2013  
Account Type: Checking/Savings/T-Bills

Reporting Period (month/year): 6/30/2018 - 9/30/2018

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $ 3,093,115.31 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $ - | |
| Collection of Accounts Receivable and Reimbursements: | $ - | |
| Interest Earned and Other Misc. Cash Receipts: | $ 8,050.92 | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Total of cash received: | $ 8,050.92 | |
| Total of cash available: | | $ 3,101,166.23 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the administrative claims of bankruptcy and other professionals: | $ 121,655.61 | |
| All other disbursements made in the ordinary course: | $ 286,162.92 [1] | |
| Total Disbursements | | $ 407,818.53 |
| Ending Cash Balance | | $ 2,693,347.70 |

UBOC Account #s Ending in: 34710, 4729, 1629, 9337  
Union Bank Investment Services Account # Ending in: 1886  
City National Bank Account # Ending in: 9462 and 9470  
City National Securities Account # Ending in: 9257

Note that the ending cash balance above has not been reduced by outstanding checks and that the claim disbursements is based on cleared cash amounts which may vary slightly from gross due to taxes.

[1] Includes disbursements either made out of or to be reimbursed from the Liquidity Funds held for foreign subsidiary wind-downs.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/15/18  
Date  

Name/Title: Edward L. Kaufman / President

Debtor: THQ Inc.

Case Number: 12-13398

**THQ INC. CSE NO. 12-13398**
**BALANCE SHEET REPORT**

|  | As of Date<br>Sep 30, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | |
| 1100 · Cash | 730,430.95 |
| 1150 · T Bills | 1,962,916.75 [1] |
| **Total Cash On Hand** | 2,693,347.70 [2] |
| Total Checking/Savings | 2,693,347.70 |
| Other Current Assets | |
| 1210 · Other Receivables | 416,728.00 |
| Total Other Current Assets | 416,728.00 |
| **Total Current Assets** | 3,110,075.70 |
| **Fixed Assets** | |
| 1600 · Fixed Assets | 405.00 |
| 1700 · Acc Dep | -405.00 |
| Total Fixed Assets | 0.00 |
| **Other Assets** | |
| 1830 · Deposits | 171,617.97 |
| 1900 · IC | 1,188,912.24 |
| Total Other Assets | 1,360,530.21 |
| **TOTAL ASSETS** | **4,470,605.91** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2110 · Accounts Payable | 9,756,936.42 |
| Total Accounts Payable | 9,756,936.42 |
| Other Current Liabilities | |
| 2111 · AP Clearing | -6,599,793.60 |
| 2320 · Jakks | 1,913,375.49 |
| 2380 · Codemasters | 467,272.68 |
| 2600 · Convertible Notes | 50,418,465.10 |
| Total Other Current Liabilities | 46,199,319.67 |
| Total Current Liabilities | 55,956,256.09 |
| **Total Liabilities** | 55,956,256.09 |
| Equity | |
| 3000 · Common Stock | 685,283.60 |
| 3100 · APIC | 432,495,594.97 |
| 3150 · Stock Based Compensation | 1,238,009.62 |
| 3200 · Retained Earnings | -485,865,914.90 |
| Net Income | -38,623.47 |
| Total Equity | -51,485,650.18 |
| **TOTAL LIABILITIES & EQUITY** | **4,470,605.91** |

[1] The liquidity reserve funds (detailed further in footnote [2]) are being invested in short-term, U.S. Treasury Bills in order to generate incremental interest income (included in the balance) to fund operations of the estate.

[2] Of the approximately $2.7 million cash that the debtor had on hand as of 9/30/18, approximately $1.8 million was required to be held as liquidity reserve funds pursuant to THQ Inc.'s settlements with its foreign affiliates. Of the $1.8 million, approximately $0.8 million cannot be released until THQ Inc.'s Swiss and Chinese subsidiaries are both completely wound down. The remaining $1.0 million is to be held until THQ Inc.'s remaining UK subsidiary is wound down. This $1.0 million was also held for THQ's French subsidiary, which completed its liquidation in September 2018.